JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE; TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE; CONTRACT COMPLIANCE FUND; NATIONAL ELECTRICAL INDUSTRY FUND; and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>    Plaintiffs,<br><br>vs.<br><br>JONES ELECTRIC CORPORATION, a California corporation; and WILLIAM CLAUDE JONES, an individual,<br><br>    Defendants. | Case No.: SACV 11-01856-CJC(JPRx)<br><br>Assigned to the Honorable Cormac J. Carney<br><br>**JUDGMENT** |

1

Proposed Judgment.doc

Judgment

This action having been commenced on December 1, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendants Jones Electric Corporation and William Claude Jones, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund and the Los Angeles Electrical Workers Credit Union shall recover from defendants Jones Electric Corporation and William Claude Jones, jointly and severally, the principal amount of $295,762.36, together with post-judgment interest calculated at 8% per annum from August, 20, 2012, until paid in full.

Dated: August 30, 2012  _____
UNITED STATES DISTRICT JUDGE